## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND *v.* OWENS HAYNES

[Misc. (BV) No. 27, September Term, 1982.]

*Order filed December 28, 1982.*

Consent to disbarment filed by Owens Haynes in accordance with Maryland Rule BV12 d 2.

Owens Haynes is disbarred by consent from the further practice of law in the State of Maryland and his name stricken from the register of attorneys in this Court.